58

James WASHINGTON, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59123.

Missouri Court of Appeals,
Western District.

Jan. 22, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2002.

Application for Transfer Sustained May 28, 2002.

Case Transferred Oct. 22, 2002.

Court of Appeals Opinion Readopted Oct. 31, 2002.

John M. Schilmoeller, Assistant Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay), Nixon, Attorney General, Jefferson City, Karen Kramer, Assistant Attorney General, Jefferson City for Respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and WILLIAM E. TURNAGE, Senior Judge.

### ORDER

James Washington, Jr., appeals the circuit court's judgment denying his motion for relief from his conviction for first degree robbery. We affirm. Rule 84.16(b).